## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**CHRISTINA LEEDY**, on behalf of herself and all others similarly situated,

Plaintiff,

v.

**MY HOME SECURED, LLC**,

Defendant.

Case No. 1:26-cv-00376-JLH

## NOTICE OF SERVICE AS TO PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on July 22, 2026, pursuant to Local Rule 5.4(b) and Federal Rule of Civil Procedure 26(a)(1), Plaintiff Christina Leedy, by and through her undersigned counsel, served her Rule 26 initial disclosures upon defense counsel via electronic mail (e-mail) at the service addresses listed below:

Andrew Rosen
Jason James Rawnsley
**RICHARDS, LAYTON & FINGER**
General Litigation
One Rodney Square
920 North King Street
Wilmington, DE 19801
rosen@rlf.com
rawnsley@rlf.com

*Counsel for Defendant My Home Secured, LLC*

*[Counsel signatures to follow on next page.]*

1

/s/ Dean R. Roland
Dean R. Roland (#6459)
**COOCH AND TAYLOR**
1000 N. West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3851
Fax: (302) 984-3939
droland@coochtaylor.com


Anthony Paronich (pro hac vice)
**PARONICH LAW PC**
350 Lincoln St. Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Dated:  July 22, 2026          *Counsel for Plaintiff and the Proposed Class*

2