**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CHRISTINA LEEDY**, on behalf of herself and all others similarly situated, | ) | |
| Plaintiff, | ) | C.A. No. 26-376-JLH |
| v. | ) | |
| **MY HOME SECURED, LLC**, | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 26, 2026, true and correct copies of (i) *Defendant My Home Secured, LLC's Objections and Responses to Plaintiff's Frist Set of Requests for Production*; and (ii) *Defendant My Home Secured, LLC's Objections and Responses to Plaintiff's First Set of Interrogatories* were served on the following counsel of record via electronic mail:

Dean R. Roland (#6459)
COOCH AND TAYLOR
1000 N. West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3851
droland@coochtaylor.com

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

/s/ Andrew L. Rosen
Jason J. Rawnsley (#5379)
Andrew L. Rosen (#7651)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7700
rawnsley@rlf.com
rosen@rlf.com

*Counsel for Defendant My Home Secured, LLC*

OF COUNSEL:

Kelly Mulcahy
Karl Kronenberger
KRONENBERGER ROSENFELD, LLP
548 Market Street, Suite 85399
San Francisco, CA 94104
Tel: (415) 955-1155
kelly@kr.law
karl@kr.law

Dated: August 26, 2026